Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

BARBARA HUBBARD,
Plaintiff,

vs

NORTHGATE GONZALEZ, LLC dba NORTHGATE SUPERMARKET #27; LOS ALTOS -- TUCSON, LLC; BIG ROCK PALERMO, LLC; BIG ROCK, LLC,
Defendants.

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 484   H   RBB

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Lynn Hubbard, III, SBN 69773
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane, Chico, CA 95926
(530) 895-3252

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                                    MAR 1 7 2008
CLERK                                                          DATE

By _____, Deputy Clerk

Summons in a Civil Action                                              Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)