FILED

08 APR -2 PM 4:36

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____  DEPUTY

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 149269    - SH

April 02, 2008
09:02:48

**Civ Fil Non-Pris**
USAO #.: 08CV484
Amount.:            $350.00 CC

**Returned Chk Fee**
Amount.:            $45.00 CC

Total-> $395.00

FROM: REPAY FOR CASE 08CV0484-H
      NSF FEE