Brian Mills (#216078)
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Attorneys for Defendants
Northgate Gonzalez, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHGATE GONZALEZ, LLC dba NORTHGATE SUPERMARKET #27; LOS ALTOS -- TUCSON, LLC; BIG ROCK PALERMO, LLC; BIG ROCK, LLC,<br><br>Defendants. | CASE NO. 08CV484 H (RBB)<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT**<br><br>[CIVIL RULE 12.1]<br><br><br>DATE OF FILING: March 14, 2008 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Barbara Hubbard, by and through her attorneys, DISABLED ADVOCACY GROUP, APLC, attorneys of record, and Defendant Northgate Gonzalez, LLC, by and through their attorneys, SNELL & WILMER L.L.P., attorneys of record, jointly move this Court for an Order to extend time for defendant Northgate Gonzalez, LLC to respond to the initial complaint.

Defendant Northgate Gonzalez, LLC requires additional time to investigate the allegations contained within the complaint and to better assess any potential settlement position.

The Joint Motion to Extend Time for Defendant to Respond to the Initial Complaint is based upon this Motion, the pleadings and papers on file herein, and upon such further oral testimony or written documents as may be requested by this Court.

Dated: April 7, 2008                    SNELL & WILMER L.L.P.


                                        By:     s/Brian Mills
                                            Brian Mills
                                            Attorneys for Defendant
                                            Northgate Gonzalez, LLC


Dated: April 7, 2008                    DISABLED ADVOCACY GROUP, APLC


                                        By:     s/Lynn Hubbard, III
                                            Lynn Hubbard, III
                                            Scottlynn J. Hubbard, IV
                                            Attorneys for Plaintiff Barbara Hubbard