# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2008, I electronically filed the foregoing document described as JOINT MOTION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- **Lynn Hubbard , III**
  usdcso@hubslaw.com

s/ Brian Mills
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000