UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NORTHGATE GONZALEZ, LLC dba NORTHGATE SUPERMARKET #27; LOS ALTOS -- TUCSON, LLC; BIG ROCK PALERMO, LLC; BIG ROCK, LLC,<br><br>　　　　Defendants. | CASE NO. 08CV484 H (RBB)<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO THE INITIAL COMPLAINT**<br><br>[Doc. No. 4.] |

The Court grants for good cause the parties' joint motion to extend time to respond to the initial complaint. (Doc. No. 4.) The Court orders that Defendant Northgate Gonzalez, LLC shall have until May 1, 2008, to respond to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: April 8, 2008

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Judge of the United States District Court

08cv484