# CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2008, I electronically filed the foregoing document described as **DEFENDANT NORTHGATE GONZALES, LLC'S ANSWER TO PLAINTIFF BARBARA HUBBARD'S COMPLAINT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- **Lynn Hubbard , III**
  usdcso@hubslaw.com

s/ Brian Mills
SNELL & WILMER L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
Telephone: (714) 427-7000
Facsimile: (714) 427-7799

8708628.1

08CV484 H (RBB)
CERTIFICATE OF SERVICE