1 Lynn Hubbard, III, SBN 69773
2 Scottlynn J Hubbard, IV, SBN 212970
3 **Disabled Advocacy Group, APLC**
12 Williamsburg Lane
4 Chico, CA 95926
5 Telephone: (530) 895-3252
Facsimile: (530) 894-8244
6
7 Attorney for Plaintiff

## THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| Barbara Hubbard, | ) Case No. 08cv0484 H (RBB) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **Notice of Settlement** |
| Northgate Gonzalez, LLC, et al., | ) |
| Defendants. | ) |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Hubbard v. Northgate Gonzalez, LLC, et al.,* Case No. 08cv0484 H (RBB), has been resolved.  The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: May 286, 2008          DISABLED ADVOCACY GROUP, APLC


 /s/ Lynn Hubbard, Esquire              /
LYNN HUBBARD, III
Attorney for Plaintiff

*Hubbard v. Northgate Gonzalez, LLC, et al.,* 08cv0484 H (RBB)
Notice of Settlement

Page 1