1   LYNN HUBBARD, III, SBN 69773
    SCOTTLYNN J HUBBARD IV, SBN 212970
2   **DISABLED ADVOCACY GROUP, APLC**
    12 Williamsburg Lane
3   Chico, CA 95926
    Telephone:  (530) 895-3252
4   Fax:  (530) 894-8244

5   Attorneys for Plaintiff

6

7   BRIAN MILLS, SBN 216078
    SNELL & WILMER, LLP
8   600 Anton Boulevard, Suite 1400
    Costa Mesa, CA 92626
9   Telephone: (714) 427-7000
    Fax: (714) 427-7799

10  Attorney for Defendant Northgate Gonzalez

11

12

13

14                  UNITED STATES DISTRICT COURT

15                SOUTHERN DISTRICT OF CALIFORNIA

16

17  BARBARA J HUBBARD,                Case No. 08 cv 0484 H (RBB)

18          Plaintiff,

19  v.                                **JOINT MOTION FOR DISMISSAL**

20  NORTHGATE  GONZALEZ,  LLC  dba
    NORTHGATE  SUPERMARKET  #27;
21  LOS  ALTOS – TUSCON,  LLC;  BIG
    ROCK PALERMO, LLC; BIG ROCK,
22  LLC,

23          Defendants.
                                          /
24  ─────────────────────────────

25

26

27

28

1    PURSUANT TO A SETTLEMENT AGREEMENT AND RELEASE, it is

2  hereby jointly requested, by plaintiff, BARBARA HUBBARD, and defendant,

3  NORTHGATE GONZALEZ, LLP dba NORTHGATE SUPERMARKET # 27 that

4  this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled

5  action pursuant to Fed. R. Civ. P. 41.

6    The dismissal with prejudice shall dismiss all parties in the action in its entirety.

7

8

9  Dated: June 19, 2008                    DISABLED ADVOCACY GROUP, APLC

10                                   */s/ Lynn Hubbard III*
                                     LYNN HUBBARD, III
11                                   Attorney for Plaintiff Barbara Hubbard

12

13  Dated:   June19, 2008                  SNELL & WILMER, LLP

14

15                                   */s/ Brian Mills*
                                     BRIAN MILLS
16                                   Attorney for Defendant Northgate Gonzalez,
                                     LLC dba Northgate Supermarket #27
17

18

19

20

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF BUTTE

3

      I, Lynn Hubbard III, am employed in the aforesaid County; I am over the age of 18 years and not a party to the within action; my business address is 12 Williamsburg Lane, Chico, Butte County, California 95926.

4

5

      On June 19, 2008, I caused the document(s) described as: **JOINT MOTION FOR DISMISSAL** to be served on the interested parties in this action as follows:

6

7

On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number on this date, in the following manner:

8

9

      The following is a procedure in which service of this document was effected:

10

(xx )  ELECTRONIC SERVICE - by causing the document to be served via the Court's ECF Filing System.

11

( )   OVERNIGHT DELIVERY - by causing said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

12

( )   FAX - by transmitting pursuant to Rules 2001 et seq., the above-described document(s) by facsimile machine (which complied with Rule 2003(3)). The transmission originated from facsimile phone number (530) 894-8244, and was reported complete without error. The facsimile machine properly issued a transmission report.

13

14

( )   PERSONAL SERVICE - by causing to be delivered such document by hand to the offices of the addressee(s).

15

16

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

17

18

DATED: June 19, 2008     /s/   *Lynn Hubbard III*

                               Lynn Hubbard III

19

20

21

22

23

24

25

26

27

28