UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA HUBBARD,<br><br>    Plaintiff,<br><br>    vs.<br><br>NORTHGATE GONZALEZ, LLC dba NORTHGATE SUPERMARKET #27; LOS ALTOS – TUCSON, LLC; BIG ROCK PALERMO, LLC; BIG ROCK, LLC,<br><br>    Defendants. | Case No. 08-CV-0484 H (RBB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL** |

The Court for good cause shown grants the parties' joint motion for dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure.  (Doc. No. 10.)  Plaintiff's complaint is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 20, 2008

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT